IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SIDNEY COLEMAN,

    Plaintiff,

v.

DAVID J. MAHONEY and
DANE COUNTY,

    Defendants.

ORDER

Case No. 18-cv-902-wmc

*Pro se* plaintiff Sidney Coleman is proceeding in this lawsuit against defendants, David Mahoney and Dane County, related to the conditions at the Dane County Jail that he alleges caused him severe headaches, vomiting, irritability, memory loss, sleep problems and aggressive behaviors. On November 17, 2020, defendants filed a motion to compel endorsement of medical authorizations. (Dkt. #29.) According to defendants, Coleman has failed to respond to their requests for records related to Coleman's allegation that he suffered adverse medical conditions as a result of his time at the Dane County Jail. In particular, Coleman has not responded to defendants' request that he sign medical record authorization forms. Given that Coleman claims that the conditions at the jail have had an adverse impact on his health, defendants' discovery request is reasonable. Although the court set December 1, 2020, as Coleman's deadline to respond to the motion, Coleman did not respond to that motion or contact the court seeking an extension of that deadline. Coleman's failure to respond to defendants' discovery requests, coupled with his previous failure to respond to defendants' motion for partial summary judgment on exhaustion grounds (*see* dkt. #28), suggests that he may have abandoned this lawsuit.

Accordingly, the court will give Coleman one chance to keep his claims alive: not later than **January 4, 2021**, Coleman must file with the court signed medical records authorizations. Coleman's failure to follow the court's order will cause the court to dismiss his claims from his lawsuit for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that:

1. Plaintiff Sidney Coleman may have until **January 4, 2021,** to file with the court the signed medical records authorizations or show cause as to why he need not sign the authorizations.

2. **If Coleman does not provide defendants the signed release by that date, the court will dismiss Coleman's claims with prejudice under Federal Rule of Civil Procedure 41(b) for Coleman's failure to prosecute it.**

Dated this 18th day of December, 2020.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge